IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-po-00877-WEF |
| MUHAMMAD M. HASSAN, | |
| Defendant. | |

## MOTION TO DISMISS

Pursuant to Federal Rule of Criminal Procedure 48(a), because the ends of justice are best served by this dismissal, the United States hereby moves to dismiss this matter without prejudice.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____/s/_____
Richard Krupczak
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3902
Fax: (703) 299-3980
Email: Richard.krupczak@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 13, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Richard Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: Richard.krupczak@usdoj.gov